UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

    -v.-　　　　　　　　　　　　　　　　　　　　16-CR-468 (GHW)

**JAMES GRANT,** *et al.*,　　　　　　　　　　　　**NOTICE OF MOTION**

*Defendants.*
------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that, upon the accompanying memorandum, the attached exhibits and all prior proceedings in this case, defendant **MICHAEL HARRINGTON** will move this Court, on a day and time to be determined, for an order granting multiple relief, as follows:

1. Dismissing the indictment, per Fed. R. Crim. P. 12(b)(3)(B), for asserting a stream of benefits bribery theory eradicated by *McDonnell v. U.S.*, 136 S. Ct. 2355 (2016);

2. Dismissing the indictment, per Fed. R. Crim. P. 12(b)(3)(B), for failing to describe the alleged criminal conduct with sufficient specificity and failing to state an offense;

3. Dismissing Counts Four through Seven, per Fed. R. Crim. P. 12(b)(3)(B), to the extent they charge illegal gratuities;

4. Directing the government to produce the grand jury instructions for *in camera* review to ensure *McDonnell* compliance;

5. Directing the government, per Fed. R. Crim. P. 7(f), to provide a limited bill of particulars;

6. Directing the government to identify the documents and tapes it seeks to introduce at trial;

7. Directing the government – per the Sixth Amendment, *Brady v. Md.*, 373 U.S. 83 (1963), *Giglio v. U.S.*, 405 U.S. 150 (1972), and associated cases – to immediately produce all exculpatory and impeachment information in its possession, custody or control;

8. Severing Harrington's trial, per Fed. R. Crim. P. 14(a), from that of his codefendants;

9. Joining Harrington in all applicable codefendant motions not inconsistent with his; and

10. Granting any other relief the Court deems appropriate.

DATED: New York, NY
Nov. 13, 2017

          Respectfully submitted,

          THE WEINSTEIN LAW FIRM PLLC

          By:   /s/ Andrew J. Weinstein
          Andrew J. Weinstein
          Barrie A. Dnistrian
          800 Third Avenue, 18th Floor
          New York, NY 10022
          T: (212) 582-8900
          F: (212) 582-8989
          E: aweinstein@twlf.com
              bdnistrian@twlf.com

          LAW OFFICE OF MARC FERNICH
          Marc Fernich
          Giuliana Graham
          810 Seventh Avenue, Suite 620
          New York, NY 10019
          T: (212) 446-2346
          F: (212) 459-2299
          E: maf@fernichlaw.com
              ggraham@fernichlaw.com

          *Attorneys for Defendant Michael Harrington*

TO: **AUSA MARTIN BELL**
    **AUSA LAUREN BROOKE SCHORR**
    **AUSA KAN MIN NAWADAY, ESQ.**
    Southern District of New York
    One St. Andrew's Plaza
    New York, NY 10007
    (212) 637-2200