UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                              :
    UNITED STATES OF AMERICA,                 :
                                              :
                                              :
                  -against-                   :
                                              :         1:16-cr-468-GHW
    JAMES GRANT, MICHAEL                       :
    HARRINGTON, JEREMY REICHBERG,             :             ORDER
                                              :
                         Defendants.  :
                                              :X
-----------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/2018

GREGORY H. WOODS, United States District Judge:

For the reasons set forth on the record during the conference held on February 26, 2018, the

following motions are denied:  (i) motion to suppress, Dkt. No. 79; (ii) motion to sever, Dkt. No. 81;

(iii) motion to dismiss due to improper extrajudicial statements, Dkt. No. 85; (iv) motion to dismiss

indictment for insufficiency, Dkt. No. 87; (v) motion for a bill of particulars, Dkt. No. 92;

(vi) motion to inspect grand jury instructions, Dkt. No. 92.

Defendants' various discovery motions, Dkt. No. 92, are denied except as follows:  (i) the

Government is directed to promptly provide transcripts of any wires it intends to use at trial; (ii) the

Government is directed to produce its working exhibit list and working witness list no later than

April 9, 2018; (iii) the Government is directed to make any Rule 16 expert disclosures no later than

March 19, 2018; (iv) the Government is directed to produce any Federal Rule of Evidence 404(b)

materials no later than March 12, 2018.

The deadline for submission of the pretrial materials required by Rule 6 of the Court's

Individual Rules of Practice in Criminal Cases, including motions *in limine*, is extended to March 12,

2018.  If any motions *in limine* are filed, opposition papers are due no later than seven days after the

date of service of the motion.  Reply papers, if any, are due no later than four days after the date of

service of the opposition.  Courtesy copies of motions *in limine* should be submitted when the motions are fully briefed.

 The parties are directed to confer about whether they are willing to provide the Court with a joint set of proposed requests to charge, together with letter briefs setting forth their views on any disagreements.  The parties are further directed to provide the Court with their proposed schedule for submitting any such charges no later than March 2, 2018.

The Clerk of Court is directed to close the motions at Dkt. Nos.  79, 81, 83, 85, 87, 89, 92, 94, 112.

SO ORDERED.

Dated: February 27, 2018
       New York, New York

_____
GREGORY H. WOODS
United States District Judge

2