U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 24, 2017

**By Email**

To Counsel on the Attached List

  Re: **United States v. James Grant, et al.,**
    **16 Cr. 468 (GHW)**

Dear Counsel:

  Below please find responses to Mr. Weinstein's email dated May 23, 2017, Ms. Cassidy's letter dated March 28, 2017, and Mr. Weinstein's email dated April 5, 2017.  The questions in bold are copied from Mr. Weinstein's May 23 email.

1) **We never received the first 8 items of "Production 6" listed on your 5/11/17 production spreadsheet (these items appear to correlate to ##16-18, 26, 28-29, 31 and 33 of Kate's 3/28/17 letter to the government)**

Response: Those devices, which are listed below, will be produced in our next production:

1. HP Protect Smart, S/N: CND8480R9Z (Item 1B64)
2. Dell Laptop, Service Tag: 1RJNJ91 (Item 1B65)
3. Dell Inspiron, Service Tag: 4XTT6P1 (Item 1B66)
4. Canon 32GB SD card (Item 1B74)
5. Dell Vastro 200 Desktop, S/N: CNOYR413698617A92119 (Item 1B76)
6. Seagate hard drive, S/N: NA7RLSCJ (Item 1B77)
7. Dell Laptop, service tag: 9M2MZM1 (Item 1B79)
8. HP Desktop, ID# X13-04657 (Item 1B82)

2) **We never received the 15 batches of paper documents purportedly seized from Reichberg's residence and identified in response to #8 in your 5/11/17 email (as previously noted the only such paper documents produced to date are REICHBERG 00020329-20367)**

Response: The paper documents seized from Reichberg's house, which are listed below, will be included in our next production:

1. 1B46 - Westchester County chaplain badges, NYPD business cards and coins.
2. 1B47 - Check stubs and a printed out email
3. 1B48 – Bank statement
4. 1B49 - PD Parking placards
5. 1B51 - Federal law enforcement identification and badge.

6. 1B52 - business cards and documents
7. 1B53 - NYC violation documents
8. 1B56 - WCPD business cards, two NYPD captains endowment association cards and a Floral Park PD business card
9. 1B57 - travel documents
10. 1B58 - NYPD related photographs
11. 1B59 - NYPD holiday cards
12. 1B61 - three trophies and a WCPD Manual.
13. 1B62 - photographs with NYPD personnel
14. 1B63 - police business cards, chief of transportation patch and Philip Banks' NYPD gold family member courtesy card
15. 1B81 - police business cards
16. 1B104 - business cards

3) **The items designated by you as 1B7, 1B8 and 1B11 on your 5/11/17 production spreadsheet (believed to be Peralta hard drives) were not in fact included on the drive you produced to us in court on 5/12/17 or otherwise produced**

Response: The Peralta hard drives (Items 1B7, 1B8, and 1B11) will be included in our next production.

4) **We never received a response to each of the requests set forth in my 4/5/17 email regarding the original set of Reichberg devices**

Response: We have produced all extractions that the New York FBI CART team has performed on the original set of Reichberg devices, including additional extractions not normally conducted but requested by defense. The New York CART team is unable to perform any of the remaining requested extractions without FBI headquarter approval, expenditure of additional funds, and outsourcing. Accordingly, no further extractions of the original set of Reichberg devices will be conducted at this time. In the event that CART is able to obtain additional data from those devices in the future, we will promptly produce that data to you.

With regard to the Motorola i830 Cell Phone (NY0016986_1B54), this phone does not contain any data. According to CART, the phone was either never used or was wiped clean.

5) **We never received the extraction for the Apple iPad Serial #DLXH843ADNQV referenced in the government's 3/30/17 letter;**

Response: The requested extraction will be included in our next production. This device corresponds to line # 24 on the chart below.

6) **With respect to the 8 file folders produced in "Production 12" that pertain to mobile devices/phones (NY0016914-21), we await notification from the government as to which specific device (make and model number) correlates to which file folder**

Response: Items NY0016914-21 in Production 12 are the following devices. These items also correspond to lines #4-11 in the chart below.

1. 1B60_NY0016914: iPhone 6; Model A1549; IMEI 359301060262234; FCC: BCG-E2816A; IC: 579C-E2816A
2. 1B60_NY0016915: White iPhone; Model A1387; IC: 579C-E2430A; FCCID: BCG-E2430A
3. 1B60_NY00116916: Blackberry STL100; Model RFF91LW; IMEI: 352921050215673; PIN: 266D2071
4. 1B60_NY0016917: Black iPhone Model A1387; IC: 579C-E2430A; FCC ID: BCG-E2430A
5. 1B60_NY0016918: iPhone; Model: 5.2; IMEI: 99000002285376507; Serial number: DQGLG1ATF8GM
6. 1B60_NY0016919: iPhone; Model 5.2; IMEI: 99000226939011; Serial number: C39JFEXRF8H7
7. 1B60_NY0016920: LG VS840; Serial number: 209KPJ0849724; IMSI: 311480026001200
8. 1B60_NY0016921: Samsung SCH-U490; Serial number/ESN: 80B36868; HEX: A00000173F5FOB

7) *We will also need to know the make and model number of each of the devices comprising the "7 Cell phones" seized by the FBI as reflected on their inventory and reflected as item #2 in Kate's 3/28/17 letter (only with the information requested in ##6-7 above will we be in a position to know whether there are additional missing devices identified in Kate's 3/28/17 letter as items ##1-2 and 4-11)*

8) *We have not received items #30 (Brother Fax Machine) or #32 (Apple Hard Drive S/N C02LJARNF4GQ) from Kate's 3/28/17 letter (if there is no data on the fax machine to produce, we simply request a representation from the government that that is the case)*

9) *Please provide the make and model number of each of the mobile devices/phones itemized as ## 1 and 4-11 in Kate's 3/28/17 letter*

In response to Questions 7-9 and in response to Ms. Cassidy's letter dated March 28, 2017, below is a summary of all of the electronic devices seized from Reichberg's house (including those seized from his brother-in-law). Including our next production, we believe that all devices are accounted for and will have been produced, subject to (1) your requests below in #10-13 and (2) any devices that we have not yet been able to open but that are opened at a later date.

| # | Device | Additional description | **Produced?** |
|---|---|---|---|
| 1 | ZTE Cell Phone (Item 1B50) | Model: 2222; Serial #: 32Z4F314120C; IMEI: 869069024688116 | To be included in next production |
| 2 | 7 cellphones (Item 1B54) (1B54_NY0016980-85) | 1. NY0016980_1B54_BB9630: Sprint Blackberry model 9630; MEID Hex # | All 7 phones were produced on 1/4/17 |

| | | | |
|---|---|---|---|
| | | A000001C27AC7C; PIN # 30EEE62F<br><br>2. NY0016981_1B54_BB9650: Sprint Blackberry model 9650; MEID HEX # A000001CE58F77; PIN # 321CA829<br><br>3. NY0016982_1B54: Sprint Blackberry Tour model; MEID Hex # A000001C6EB68B; PIN # 3130FB15<br><br>4. NY0016983_1B54: Motorola Cell Phone; MSN#C68WHA7MSNL7 SLVR<br><br>5. NY0016984_1B54: AT&T Blackberry model 9000; IMEI # 359614024641024; PIN # 20008989<br><br>6. NY0016985_1B54: AT&T Cell Phone Serial Number Q4V7NB11C1305599; U2800A<br><br>7. NY0016986_1B54: Motorola i830 Cell Phone; Serial # 364YENB0ZJ | |
| 3 | 8 compact discs (Item 1B60) | | All 8 CDs were produced on 5/12/17 |
| 4 | iPhone 1C:579C-E2430A (black) (NY0016917) (1B60_NY0016917) | Black iPhone Model: A1387 IC: 579C-E2430A FCC ID: BCG-E2430A | Produced on 5/12/17; Phone locked; sim card extraction produced |
| 5 | iPhone 1C:579C-E2430A (white) (NY0016915) | White iPhone Model: A1387 IC: 579C-E2430A | Produced on 5/12/17; Phone locked; sim |

| | | | |
|---|---|---|---|
| | (1B60_NY0016915) | FCC ID: BCG-E2430A | card extraction produced |
| 6 | Blackberry IMEI: 352921050215673 (NY0016916) (1B60_NY00116916) | Blackberry STL100 Model: RFF91LW IMEI: 352921050215673 PIN: 266D2071 | Produced on 5/12/17; Phone locked; sim card extraction produced |
| 7 | LG S/N 209KPJ0849724 (Item 1B60) (1B60_NY0016920) | Make/model: Android VS840 4G IMSI: 311480026001200 | All extractions that were performed were produced on 3/24/17, and certain extractions were reproduced on 5/12/17; please refer to the 3/24 production (identified in 3/24 production as LG-VS840) |
| 8 | iPhone IMEI 99000002285376507 (Item 1B60) (1B60_NY0016918) | Make/model: iPhone 5.2 IMEI: 99000002285376507 Serial: DQGLG1ATF8GM | All extractions that were performed were produced on 3/24/17, and certain extractions were reproduced on 5/12/17; please refer to the 3/24 production (identified in 3/24 production as iPhone 5_DQGLG1ATF8GM) |
| 9 | iPhone IMEI: 99000226939011 (Item 1B60) (1B60_NY0016919) | Make/Model: iPhone 5.2 IMEI: 99000226939011 Serial: C39JFEXRF8H7 | All extractions that were performed were produced on 3/24/17, and certain extractions reproduced on 5/12/17; please refer to the 3/24 production (identified in 3/24 production as iPhone 5_C39JFEXRF8HT) |
| 10 | iPhone IMEI 359301060262234 (Item 1B60) (1B60_NY0016914) | Model: A1549 (iPhone 6) IMEI: 359301060262234 FCC: BCG-E2816A IC: 579C-E2816A | Produced on 5/12/17; Phone locked; sim card extraction produced |
| 11 | Samsung Flip Phone Hex: A00000173F5F0B (Item 1B60) (1B60_NY0016921) | Make/model: Samsung SCH-U490/213 MEID: 268435458304153099 / HEX: A00000173F5FOB Serial number/ESN: 80B36868 | All extractions that were performed were produced on 3/24/17, and certain extractions reproduced on 5/12/17; |

| | | | |
|---|---|---|---|
| | | | please refer to the 3/24 production (identified in 3/24 production as Samsung SCH-U490) |
| 12 | 2 Toshiba 16GB USB drives (Item 1B60) | | Produced on 5/12/17 |
| 13 | 2 SanDisk USB drives (Item 1B60) | | Produced on 5/12/17 |
| 14 | 1 ADATA 32GB USB drive (Item 1B60) | | Produced on 5/12/17 |
| 15 | 1 Verbatim USB drive (Item 1B60) | | Produced on 5/12/17 |
| 16 | HP Protect Smart, S/N: CND8480R9Z (Item 1B64) | | To be included in next production |
| 17 | Dell Laptop, Service Tag: 1RJNJ91 (Item 1B65) | | To be included in next production |
| 18 | Dell Inspiron, Service Tag: 4XTT6P1 (Item 1B66) | | To be included in next production |
| 19 | iPhone FCC: BCG-E2946A (Item 1B67) | | Produced on 1/4/17 |
| 20 | Samsung Tablet, S/N: NSCT06513C1 (Item 1B68) | | Produced on 1/4/17 |
| 21 | Apple iPad, S/N: DMPLM4EHFKYC (Item 1B69) | | Produced on 1/4/17 |
| 22 | Apple iPad mini, S/N: F4KJW2QPF19D (Item 1B70) | | Produced on 1/4/17 |
| 23 | Apple iPad, S/N: DKVM7013DKPM (Item 1B71) | | Per the Government's March 30, 2017 discovery letter, this iPad was locked and no extractions were performed |
| 24 | Apple iPad, S/N: DLXH843ADNQV (Item 1B72) | | Produced on 1/4/17; additional requested extraction will be produced in next production |

| 25 | Apple iPad, S/N: DMPLJ0FJF4YG (Item 1B73) | | Produced on 1/4/17 |
|---|---|---|---|
| 26 | Canon 32GB SD card (Item 1B74) | | To be produced in next production |
| 27 | Mac Desktop, S/N: C02K2RU1DNCV (Item 1B75) | Seized from Reichberg's home | Produced on 5/12/17 |
| 28 | Dell Vastro 200 Desktop, S/N: CNOYR413698617A92119 (Item 1B76) | | To be produced in next production |
| 29 | Seagate hard drive, S/N: NA7RLSCJ (Item 1B77) | | To be produced in next production |
| 30 | Brother fax machine (Item 1B78) | | No data to be produced from device |
| 31 | Dell Laptop, service tag: 9M2MZM1 (Item 1B79) | | To be produced in next production |
| 32 | Apple hard drive, S/N: C02LJARNF4GW (Item 1B80) | | This device was misidentified; it is a CD player; no data to be produced from device |
| 33 | HP Desktop, ID# X13-04657 (Item 1B82) | | To be produced in next production |

**Questions regarding the 5/12/17 production**

10) Folders for devices NY0016915 and NY0016916 appear to be duplicates. Please confirm whether in fact these are duplicates or whether they pertain to different devices (this issue may also be resolved by the information to be provided in connection with #6 above)

We are looking into this and will get back to you promptly.

11) With regard to the folder relating to an LG device (NY0016920), this folder contains only a UFED Reader Report and an HTML Report. The phone appears to have had a "Physical Extraction" performed on it, however the original UFED Files were not produced. With respect to this device, we request a copy of the Original "Physical Extraction" (all files including UFD). In addition, we request an original "File System Extraction" (all files including UFD) and an original "Logical Extraction" (all files including UFD)

As noted above, all extractions for the LG-VS840 were previously produced on March 24, 2017, and we direct you to that production for both requested extractions. On that date, we produced both an Original Physical Extraction (all files including UFD) and an Original Logical Extraction (all files including UFD) for this phone.

12) *With regard to the folder pertaining to a Samsung device (NY0016921), this folder contains extractions and reports produced by a program (XRY) that is different than the program utilized by the government and the defense (Cellebrite) with respect to all of the other extractions and reports in this case. In order for there to be consistency so as to allow for additional forensic analysis, we request that this device be processed via the Cellebrite UFED system and that an original "Physical Extraction" (all files including UFD), original "File System Extraction" (all files including UFD) and original "Logical Extraction" (all files including UFD) be produced to the defense;*

As noted above, all extractions for the Samsung SCH-U490 (NY001921) were previously produced on March 24, 2017, and we direct you to that production. On that date, we produced an Original Physical Extraction (all files including UFD). You previously requested the "Original "Logical Extraction" with all options checked via UFED Touch or 4PC (All files including UFD)" for that phone. As noted in our cover letter dated March 24, 20107, we were unable to perform that extraction because the phone is password-protected, and we need the password to perform the requested Logical Extraction.

13) *With respect to the folder containing pictures of the screens on a ZRT 3 Cell Phone (believed to be the item identified on the government's 5/11/17 inventory as "Phone", we request an original "File System Extraction" (all files including UFD) and an original "Logical Extraction" (all files including UFD) be provided for this device; and*

We'll speak to CART about this request and get back to you.

14) *Please confirm that the 8 file folders produced on 5/12/17 and pertaining to NY0016928-35 are the "8 Compact Discs" listed as #3 in Kate's 3/28/17 letter.*

Confirmed. The 8 file folders marked as "CD" (NY0016928-35 (Item 1B60)) are the 8 compact discs listed as #3 in Kate's letter.

          Very truly yours,

          JOON KIM
          Acting United States Attorney

by: /s/ Lauren Schorr
     Martin S. Bell / Kan M. Nawaday / Lauren B. Schorr
     Assistant United States Attorneys
     (212) 637-6437 / 2311 / 2299

<u>Distribution List</u>

Andrew J. Weinstein
The Weinstein Law Firm PLLC
800 Third Avenue, 18th Floor
New York, NY 10022

Kathleen E. Cassidy
Hafetz & Necheles LLP
10 East 40th Street, 48th Floor
New York, NY 10016

John Meringolo, Esq.
Meringolo Law
375 Greenwich Street
New York, NY 10013