

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 27, 2018

**BY ECF and EMAIL**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: **United States** v. **Reichberg and Grant**,
      **S2 16 Cr. 468 (GHW)**

Dear Judge Woods:

  The Government writes further in connection to the Court's order adjourning the trial in this matter until May 14, 2018 (Dkt. No. 226), with apologies.

  This coming Monday's date is actually April 30, 2018 – not May 1. That is the 3500 deadline, assuming a May 14, 2018 trial. So as to give effect to the Court's Order of earlier today, we ask that the deadline for a further adjournment request be set for noon on April 30, so that the Government can produce 3500 material that afternoon/evening as appropriate.

  We apologize for our earlier error.

              Respectfully submitted,

              GEOFFREY S. BERMAN
              United States Attorney

      By:  /s/ Martin S. Bell
           Martin S. Bell
           Jessica Lonergan
           Kimberly J. Ravener
           Assistant United States Attorneys
           (212) 637-2463/1038/2358

cc:  All Counsel (by ECF and email)