**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 1, 2018

**BY ECF and EMAIL**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

>       Re:     **United States** v. **James Grant and Jeremy Reichberg,**
>               **S2 16 Cr. 468 (GHW)**

Dear Judge Woods:

       The Government respectfully requests that the Court allow the Government to arrange for the provision of secure high-speed wired Internet access in the courtroom. The secure Internet connection will enable the trial team in the courtroom to stay connected to our online case repository and resources in the office during critical moments of the proceedings. This will greatly facilitate the effective and efficient presentation of evidence. In addition, we will be able to reduce the files and personnel we bring into the courtroom, as well as the traffic to and from the courtroom during proceedings.

       Subject to the Court's approval, we will retain Courtroom Connect to provide these services. Courtroom Connect does not require any court resources to provide service and currently maintains a network in the courthouse that is completely independent of the Court's internal network. Set up, installation, and service fees will be paid for by the Government at no cost to the Court.

       The following describes how Courtroom Connect restricts access to the network and ensures compliance with court security and directives:

- The network will be a hard-wired, secure physical network connection utilizing a firewall and other security provisions.

- Onsite support, maintenance and other measures are provided to ensure the highest levels of security and reliability.

- The network is totally separate from the Court's internal network; it is therefore physically impossible for information on the Court's existing systems to be accessed or compromised.

Hon. Gregory H. Woods
May 1, 2018

    Courtroom Connect will make all necessary arrangements with the Court's District Executive office and computer networking personnel.

    Many trials in federal courts throughout the country have utilized a high-speed connection to the Internet in the courtroom.

    If the Court is agreeable to these arrangements, the Government respectfully requests that Your Honor sign the enclosed order permitting us to proceed.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By:    /s/
    Martin S. Bell
    Jessica Lonergan
    Kimberly J. Ravener
    Assistant United States Attorneys
    (212) 637-2463/1038/2358

cc:    All Counsel (by ECF and email)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| - v. - | :     16 Cr. 468 (GHW) |
| GRANT, ET. AL. | |
|                  Defendants. | : |

-------------------------------------------------------------------x

IT IS HEREBY ORDERED THAT Courtroom Connect, a Southern District of New York contracted vendor, may provide the Government in the *United States* v. *Grant et. al.*, 16 Cr. 468 (GHW), with an Internet connectivity feed for the duration of the trial proceedings, set to begin on Monday, May 14, 2018.  Courtroom Connect should make proper arrangements with the District Executive Office of the Court and the official court reporter.

                                                                            SO ORDERED,

Dated: _____, 2018
       New York, New York

                                                                           GREGORY H. WOODS
                                                                           UNITED STATES DISTRICT JUDGE