```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                         :
UNITED STATES OF AMERICA,            :

                   -against-               :            1:16-cr-468-GHW

JAMES GRANT, MICHAEL            :
HARRINGTON, JEREMY REICHBERG,  :            ORDER

                  Defendants.   :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The Court will hold a pre-trial conference on May 8, 2018 at 10:00 a.m., in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

      SO ORDERED.

Dated: May 1, 2018
       New York, New York

                                                                           _____
                                                                           GREGORY H. WOODS
                                                                      United States District Judge