```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA :

  -v.- :

JEREMY REICHBERG, :
and JAMES GRANT,
                              :

    Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER

S2 16 Cr. 468 (GHW)

GREGORY H. WOODS, United States District Judge:

Upon the application of the United States of America, by and through GEOFFREY S. BERMAN, United States Attorney for the Southern District of New York, Martin S. Bell, Jessica Lonergan, and Kimberly J. Ravener, Assistant United States Attorneys, of counsel, it is hereby ORDERED that the time from the date of this order through May 14, 2018 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial because it will allow the parties time to prepare for trial.

SO ORDERED:

DATED: April 30, 2018
New York, New York

_____
The Honorable Gregory H. Woods
United States District Judge