```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/2/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

UNITED STATES OF AMERICA        :

   - v. -                                       :      16 Cr. 468 (GHW)

GRANT, ET. AL.

                                          :
                Defendants.
-------------------------------------------------------------- x

IT IS HEREBY ORDERED THAT Courtroom Connect, a Southern District of New York contracted vendor, may provide the Government in the *United States* v. *Grant et. al.*, 16 Cr. 468 (GHW), with an Internet connectivity feed for the duration of the trial proceedings, set to begin on Monday, May 14, 2018. Courtroom Connect should make proper arrangements with the District Executive Office of the Court and the official court reporter.

                                      SO ORDERED,

Dated: May 2, 2018
       New York, New York

                                      _____
                                      GREGORY H. WOODS
                                      UNITED STATES DISTRICT JUDGE