```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

              -against-                                    1:16-cr-468-GHW

    JAMES GRANT, MICHAEL
    HARRINGTON, JEREMY REICHBERG,             ORDER

                        Defendants.
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    The Court has received Mr. Reichberg's motion to suppress evidence seized from Device-19, dated April 27, 2018, Dkt. No. 235, and Mr. Grant's motions to exclude testimony, dated May 1, 2018, Dkt. Nos. 244, 246.

    The Government is directed to file any opposition to Mr. Reichberg's motion to suppress evidence seized from Device-19, Dkt. No. 235, no later than May 4, 2018.  Mr. Reichberg's reply, if any, is due no later than May 7, 2018.

    The Government is directed to file any opposition to Mr. Grant's motions to exclude testimony, Dkt. Nos. 244, 246, no later than May 4, 2018.  Mr. Grant's reply, if any, is due no later than May 7, 2018.

    SO ORDERED.

Dated: May 2, 2018
       New York, New York

                                                                    _____
                                                                      GREGORY H. WOODS
                                                                  United States District Judge