```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
    UNITED STATES OF AMERICA,

                -against-                                    1:16-cr-468-GHW

    JAMES GRANT, MICHAEL
    HARRINGTON, JEREMY REICHBERG,              ORDER

                            Defendants.
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

       The Court has received an application from the New York Police Department ("NYPD") dated May 2, 2018. In accordance with Rule 2(A) of the Court's Individual Rules of Practice in Criminal Cases, the NYPD's application will be docketed by the Court. The Court will not docket the attachments to the NYPD's application at this time, however. If the NYPD wishes the attachments to be filed under seal, it is directed to submit a request setting forth its justification for sealing the attachments, in accordance with the Court's Individual Rules, no later than May 4, 2018.

       The Court notes that the NYPD's application was made following the Government's statement that it does not intend to pursue the charge for which the information at issue was argued to be particularly relevant. If Defendants wish to submit an opposition to the NYPD's application, the opposition must be filed no later than May 7, 2018.

       The Government is directed to provide the NYPD with a copy of this order.

       SO ORDERED.

Dated: May 3, 2018
       New York, New York                              _____
                                                                 GREGORY H. WOODS
                                                            United States District Judge