13   Q.  Were there aspects of your job at Africa Israel that made

14   getting to know the police appealing?

15   A.  Yes.

16   Q.  What were those?

17   A.  The chairman of the company of Africa Israel was privately

18   in the diamond business, and he had a store on Madison Avenue

19   that had a lot of protestors over the holidays, Valentine's Day

20   and other holidays, that would stand outside of his store and

21   disrupt customers from going inside.

22            This was a big headache for him, and the CEO of Africa

23   Israel wrote him and asked me if there is anything I can do

24   through the police.  He felt they shouldn't be allowed to

25   protest outside of the business.

1            So I brought it to the attention of Jeremy, and he
2    said, you know, there is definitely something we can do.  Why
3    don't you get from the jewelry store a further donation for the
4    NYPD football team.  I did.  I think it was $25,000, a huge
5    amount of money, and he said that he would make sure the
6    problem went away.

1   Q.  Mr. Rechnitz, I don't think you were asked this yesterday,
2   so I will ask:  What did you understand the term corrupted to
3   mean when Mr. Schechtman asked you if you thought you corrupted
4   police officers?
5   A.  Like a quid quo pro, a bribe, saying, for example, I will
6   give you a dollar if you give me a bottle of water.  That's
7   what I understand corruption to mean.
8   Q.  When Mr. Schechtman asked you if you corrupted the police
9   officers, why did you say no?
10  A.  Because there was never an explicit verbal agreement to
11  that example.  I never said I will give you this if you give me
12  that.  I gave them gifts, I expected favors in return, I never
13  expected to hear a no from them and favors were done, but it
14  was never an explicit verbal agreement.