23   Q.  When you say that your relationships with these police
24   officers were illegal, what do you mean by that?
25   A.  I was giving gifts to cops and providing them with a lot of

1    financial benefit in exchange for favors in return.

5    about that.  As a general matter, what is it that you did with
6    police officers that you admitted to at the time of your plea?
7    A.  I had paid for expensive meals for various officers.  I
8    paid for flights and trips for officers.  I had paid for gifts
9    and other means of monetary value for police officers.
10   Q.  And what, if anything, did you expect in return?
11   A.  That when I would call for a favor or I would call for
12   something, it would be done.

7    Q.  Now, with respect to the officers that we've gone into in
8    detail and the others who you've made reference to, are the
9    favors and benefits that you got from them things that you
10   would have expected to receive had you not been supplying the
11   officers with gifts during that period of time?
12   A.  No.
13   Q.  Would you have supplied those officers with financial
14   benefits had you not expected police actions on their part in
15   return?
16   A.  No.
17   Q.  Was that the case for all of the officers that you've
18   mentioned so far?
19   A.  Yes.
20   Q.  Just for clarity, Mr. Rechnitz, are those all or just some
21   of the officers that you and Jeremy had this sort of
22   relationship with?
23   A.  Those are some.