```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/2/19
```

1/2/2019
10:21 AM
Ct-Ex M
Verdict

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

  - v. -

JEREMY REICHBERG,
  a/k/a "Jeremiah Reichberg,"
  a/k/a "Yermy Reichberg," and
JAMES GRANT
  a/k/a "Jimmy Grant"

                           Defendants.
-----------------------------------------------------------X

**VERDICT FORM**

S2 16 Cr. 468 (GHW)

**All jurors must agree on the answers to all of the questions. Please indicate your verdict with a check mark (✓).**

## COUNT ONE:
### Conspiracy to Commit Honest Services Wire Fraud

On the charge of conspiracy to commit honest services wire fraud, we the jury find the defendant JEREMY REICHBERG:

  Guilty ✓       Not Guilty _____

On the charge of conspiracy to commit honest services wire fraud, we the jury find the defendant JAMES GRANT:

  Guilty _____   Not Guilty ✓

## COUNT TWO:
### Honest Services Wire Fraud: Reichberg and Grant

On the charge of honest services wire fraud as to the honest services of defendant Grant, we the jury find the defendant JEREMY REICHBERG:

  Guilty ✓       Not Guilty _____

On the charge of honest services wire fraud as to the honest services of defendant Grant, we the jury find the defendant JAMES GRANT:

  Guilty _____   Not Guilty ✓

1

## COUNT THREE:
### Conspiracy to Pay and Receive Bribes and Gratuities

On the charge of conspiracy to offer, pay, solicit, or receive bribes and gratuities, we the jury find the defendant JEREMY REICHBERG:

Guilty √   Not Guilty _____

On the charge of conspiracy to offer, pay, solicit, or receive bribes and gratuities, we the jury find the defendant JAMES GRANT:

Guilty _____   Not Guilty √

## COUNT FOUR:
### Payment of Bribes and Gratuities: Reichberg

On the charge of offering or paying bribes and gratuities to defendant Grant, we the jury find the defendant JEREMY REICHBERG:

Guilty _____   Not Guilty √

## COUNT FIVE:
### Receipt of Bribes and Gratuities: Grant

On the charge of soliciting or receiving bribes and gratuities, we the jury find the defendant JAMES GRANT:

Guilty _____   Not Guilty √

## COUNT SIX:
### Obstruction of Justice

On the charge of obstruction of justice, we the jury find the defendant JEREMY REICHBERG:

Guilty √   Not Guilty _____

New York, New York

January 2, 2019
DATE

#2
Foreperson

2