USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/2/2019

AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

UNITED STATES OF AMERICA

V.

JAMES GRANT

## JUDGMENT OF ACQUITTAL

CASE NUMBER: 1: S216-cr-468-GHW-1

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

Signature of Judge

Gregory H. Woods, | U.S.D.J.
Name of Judge | Title of Judge

January 2, 2019
Date