| | |
|---|---|
| CASE NAME: | **UNITED STATES** v. **SEABROOK** |
| CASE NUMBER: | S1 16 Cr. 467 (AKH) |
| EXHIBIT NUMBER: | GX  901-T |
| SESSION NUMBER: | 1353 |
| INTERCEPTED NO.: | 917-468-2400 |
| INCOMING/OUTGOING NO.: | 917-364-2400 |
| DATE: | 01/21/2015 |
| TIME: | 10:23 a.m. |
| PARTICIPANTS: | Jeremy Reichberg ("JR") |
| | Murray Huberfeld ("MH") |
| ABBREVIATIONS: | U/I = Unintelligible |
| | V/O = Voices overlap |

        (Phone ringing.)

JR:     Yeah, what's up? I was just going to call you back.

MH:    Hi.

JR:     What's going on? I'm on my way up to, uh, Albany.

MH:    Okay.

JR:     Anyway, what I told—I actually spoke to, uh, to Norman yesterday, um, I told you, he's ready to go, but obviously I don't want to push it because of the fact—I mean, it's not that I—I pushed it, but I'm just saying. On this particular, um, situation, I told you, just mention it to Jona. Jona should mention it to him. You understand my point?

1

| | | |
|---|---|---|
| 1 | MH: | Okay. |
| 2 | | |
| 3 | JR: | Just keep it in that circle because he wants to feel like I shouldn't go |
| 4 | | behind his back, Jona. |
| 5 | | |
| 6 | MH: | [V/O] How much are you—how much is he going to put in this month? |
| 7 | | |
| 8 | JR: | I think he told me he's putting in five, and then another month putting |
| 9 | | another five. |
| 10 | | |
| 11 | MH: | Okay, let me call up Jona. Bye. |
| 12 | | |
| 13 | JR: | Do you understand what I'm saying? But Jona is in L.A. so the hours—just |
| 14 | | calculate the hours. |
| 15 | | |
| 16 | MH: | I know, I know. |
| 17 | | |
| 18 | JR: | Okay, bye. |
| 19 | | |
| 20 | MH: | Bye. |
| 21 | | |
| 22 | | [End of recording.] |
| 23 | | |

|  |  |
|---|---|
| CASE NAME: | <u>UNITED STATES</u> v. <u>SEABROOK</u> |
| CASE NUMBER: | S1 16 Cr. 467 (AKH) |
| EXHIBIT NUMBER: | GX  903-T |
| SESSION NUMBER: | 2250 |
| INTERCEPTED NO.: | 917-468-2400 |
| INCOMING/OUTGOING NO.: | 917-364-2400 |
| DATE: | 01/27/2015 |
| TIME: | 6:52 p.m. |
| PARTICIPANTS: | Jeremy Reichberg ("JR") |
|  | Murray Huberfeld ("MH") |
| ABBREVIATIONS: | U/I = Unintelligible |
|  | V/O = Voices overlap |

```
 1
 2
 3
 4
 5
 6              (Phone ringing.)
 7
 8   JR:        Yeah, what's up?
 9
10   MH:        Yeah, have you spoken to Jona?
11
12   JR:        No.
13
14   MH:        Huh?
15
16   JR:        I spoke to Norman. I'm meeting with Norman tomorrow for lunch.
17
18   MH:        When are you meeting him?
19
20   JR:        Hello?
21
```

GOVERNMENT EXHIBIT 903T S1 16 Cr. 467 (AKH)

| | | |
|---|---|---|
| 1 | MH: | Whatever you can do for February 1st would really be helpful. |
| 3 | JR: | We're meeting for lunch tomorrow. I didn't call Jona. Let me—I want to first find out if something [U/I]. |
| 6 | MH: | I'm telling you, whatever you can do for February 1 would be helpful. |
| 8 | JR: | Why? |
| 10 | MH: | I'm under some pressure, that's all. I'm telling—February 1—to have more… |
| 13 | JR: | Ah, okay. Okay. Okay. I will be in touch with you tomorrow after I meet him, you know, I didn't want to set up anything, uh— |
| 16 | MH: | When are you meeting him? |
| 18 | JR: | Tomorrow. |
| 20 | MH: | Okay. |
| 22 | JR: | Hello? |
| 24 | MH: | Yes. |
| 26 | JR: | I'm meeting him tomorrow for lunch. |
| 28 | MH: | Okay. |
| 30 | JR: | So I'll call you right after, okay? |
| 32 | MH: | See if you can close it up. |
| 34 | JR: | I will, but I told you how we're going to have to do it. But I just want to understand that you told me that Jona feels like he has an issue, which I'm trying—I'm trying to, you know, straighten that out. |
| 38 | MH: | No, but I'm telling you that it would be best if you close it up without—[U/I] |

2

1  JR:  Yeah, but "ichfishteit" [i.e., "you don't understand"], that's creating a big
2       issue between me and him.
3
4  MH:  I'm asking you as a "toyva" [i.e., "favor"] for me. By the time Jona comes
5       back next week and gets to work it'll be February 10, it'll be too late.
6
7  JR:  Okay, I'll be in touch with you tomorrow afternoon.
8
9  MH:  Bye.
10                          [End of recording.]
11

3

|  |  |
|---|---|
| CASE NAME: | <u>UNITED STATES</u> v. <u>SEABROOK</u> |
| CASE NUMBER: | S1 16 Cr. 467 (AKH) |
| EXHIBIT NUMBER: | GX 905-T |
| SESSION NUMBER: | 2667 |
| INTERCEPTED NO.: | 917-468-2400 |
| INCOMING/OUTGOING NO.: | 917-364-2400 |
| DATE: | 01/29/2015 |
| TIME: | 7:00 p.m. |
| PARTICIPANTS: | Jeremy Reichberg ("JR") |
|  | Murray Huberfeld ("MH") |
| ABBREVIATIONS: | U/I = Unintelligible |
|  | V/O = Voices overlap |

      (Phone ringing.)

JR:  I'm coming to Shea Schwebel, I'm going to see you after or before, what do you want to do? You went to Shea?

MH:  What?

JR:  Did you go to Shea Schwebel yet?

MH:  Yes.

JR:  When?

MH:  This morning I went to schachris.

JR:  Alright, I'm going there now. I'm coming to—are you home?

1



| | | |
|---|---|---|
| 2 | MH: | Listen, Norman came to see me. |
| 4 | JR: | Okay. How'd it go? |
| 6 | MH: | Beautiful, he hugged me, kissed me, brought me a gift for the baby. Very nice. |
| 9 | JR: | Okay, good. |
| 11 | MH: | Did you speak to him? |
| 13 | JR: | Yes. |
| 15 | MH: | "Nu" [i.e., "Tell me."] |
| 17 | JR: | It's gonna happen, but I don't understand—so why didn't you say—you couldn't say anything, right? |
| 20 | MH: | Nope. |
| 22 | JR: | It's gonna happen. Only thing is, like I said, I'm gonna come see you, I'll explain to you. Give me…twenty— |
| 25 | MH: | When is it going to happen? |
| 27 | JR: | Probably within the next few weeks. |
| 29 | MH: | Oh, so not for February 1st. |
| 31 | JR: | I'm trying still for next week, I'm trying. Uh, it's not so simple, it's not, uh, what you think it is, meaning—I don't want to —I'll see you in twenty minutes! Can you wait? Are you home or where are you? |
| 35 | MH: | No, I'm going out seven thirty to eight thirty I'm out. |
| 37 | JR: | Mmm. |
| 39 | MH: | Could you come before seven thirty? Where are you now? |

3

| | | |
|---|---|---|
| 1 | JR: | I'm on the, uh, 76. So I'll come to see you first. |
| 2 | | |
| 3 | MH: | Come to see me first. I'm leaving at seven—uh, do you have your driver? |
| 4 | | |
| 5 | JR: | What? |
| 6 | | |
| 7 | MH: | Do you have a car? |
| 8 | | |
| 9 | JR: | You want me to drive you? |
| 10 | | |
| 11 | MH: | Yeah, you'll drive me a few blocks away to the spinning place. You'll tell |
| 12 | | me what's going on. |
| 13 | | |
| 14 | JR: | Okay. So I'll meet you—I'll call you when I'm downstairs. |
| 15 | | |
| 16 | MH: | Bye. |
| 17 | | |
| 18 | | [End of recording.] |
| 19 | | |

| | | |
|---|---|---|
| | CASE NAME: | **UNITED STATES** v. **SEABROOK** |
| | CASE NUMBER: | S1 16 Cr. 467 (AKH) |
| | EXHIBIT NUMBER: | GX 906-T |
| | SESSION NUMBER: | 3314 |
| | INTERCEPTED NO.: | 917-468-2400 |
| | INCOMING/OUTGOING NO.: | 917-364-2400 |
| | DATE: | 02/04/2015 |
| | TIME: | 11:04 p.m. |
| | PARTICIPANTS: | Jeremy Reichberg ("JR") |
| | | Murray Huberfield ("MH") |
| 1 | | |
| 2 | ABBREVIATIONS: | U/I = Unintelligible |
| 3 | | V/O = Voices overlap |
| 4 | | |
| 5 | | |
| 6 | | (Phone ringing.) |
| 7 | | |
| 8 | MH: | Hello? |
| 9 | | |
| 10 | JR: | Yeah. |
| 11 | | |
| 12 | MH: | Yeah, so Jona said he spoke to Norman. There's no money now. |
| 13 | | |
| 14 | JR: | That's what he told you when? |
| 15 | | |
| 16 | MH: | Now. |
| 17 | | |
| 18 | JR: | Bullshit. |
| 19 | | |
| 20 | MH: | Internal problem with a guy, blah blah blah, whatever. |
| 21 | | |

1

**GOVERNMENT EXHIBIT 906T**
S1 16 Cr. 467 (AKH)

2

1  JR:        Let me call Norman. Let me call you back.
2
3                        [End of recording.]
4

|   |   |   |
|---|---|---|
| CASE NAME: | | <u>UNITED STATES</u> v. <u>SEABROOK</u> |
| CASE NUMBER: | | S1 16 Cr. 467 (AKH) |
| EXHIBIT NUMBER: | | GX  912-T |
| SESSION NUMBER: | | 869 |
| INTERCEPTED NO.: | | 646-283-3283 |
| INCOMING/OUTGOING NO.: | | 917-364-2400 |
| DATE: | | 01/29/2015 |
| TIME: | | 9:51 p.m. |
| PARTICIPANTS: | | Jona Rechnitz ("JSR") |
| | | Murray Huberfeld ("MH") |
| ABBREVIATIONS: | | U/I = Unintelligible |
| | | V/O = Voices overlap |

```
                (Phone ringing.)

MH:     Hi.

JSR:    How are you?

MH:     Listen, can I talk to you a minute?

JSR:    Yeah.

MH:     Norman came up to the office today.

JSR:    Who?

MH:     Norman, you know—you know Norman?
```

1



| | | |
|---|---|---|
| 1 | JSR: | Oh, you had a meeting? Okay. |
| 3 | MH: | I didn't have a meeting. He called me from downstairs—Can I come up? |
| 5 | JSR: | Okay. |
| 7 | MH: | He brought me a gift. He hugged me, he kissed me, like my, like my closest friend in the whole world. |
| 10 | JSR: | Yeah. |
| 12 | MH: | He brought me, between me and you, he brought me a $1000 for the baby in "mezuman" [i.e., "cash"]. |
| 15 | JSR: | Oh my god. |
| 17 | MH: | Yeah. So I didn't want to say anything. Norman, give me $10 million for February 1st because I want you to do that. But he's ready to go. |
| 20 | JSR: | Oh, so he brought you a baby gift. Oh, very nice. |
| 22 | MH: | Yes. |
| 24 | JSR: | Mhmm. Did you see the article on him yesterday? |
| 26 | MH: | No. |
| 28 | JSR: | In the Post? |
| 30 | MH: | Was it good or bad? |
| 32 | JSR: | That someone's taking him to court, who he threw out of the board now, because he's a control freak, they're trying to remove him. I don't know. |
| 35 | MH: | Let me ask you a question. The guy is ready to put in ten million. I could use it. Very important to me. Could you make it happen? |
| 38 | JSR: | How do I, uh—I don't know how to do it from here. |

2

| | | |
|---|---|---|
| 1<br>2<br>3 | MH: | What's the big deal? You call him up, say, "Norman, okay, February 1…You didn't come in for January…Okay, can you put in a few dollars? And I'll see you next week." |
| 5 | JSR: | I'll call him, I'll call him tomorrow morning. |
| 7<br>8 | MH: | I would appreciate it. You would do me a big "toyva" [i.e., "favor"] for me, Jona. |
| 10 | JSR: | Okay, alright. |
| 12 | MH: | Okay? |
| 14 | JSR: | Okay, I'll call him in the morning. |
| 16<br>17 | MH: | Okay. What's with this other thing? What did you decide you want me to do? |
| 19<br>20 | JSR: | I'll let you know. I'll let you know. I just—I'm going to do it probably. I just need, uh— |
| 22 | MH: | I'm ready—I'm ready to help you, without a problem. |
| 24 | JSR: | Okay, very good. |
| 26<br>27 | MH: | Okay can you—what time are you calling me tomorrow because I want to chepper [i.e., "bother"] you tomorrow. |
| 29 | JSR: | We'll talk tomorrow when I reach him. |
| 31 | MH: | Okay. |
| 33 | JSR: | Okay, bye. |
| 35 | | [End of recording.] |

3