

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 11, 2021

**By ECF**

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    **United States v. James Grant et al.,**
              **16 Cr. 468 (GHW)**

Dear Judge Woods:

      Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case.

      Thank you very much for the Court's consideration.

                              Respectfully submitted,

                              AUDREY STRAUSS
                            United States Attorney

            by: _/s/ Jessica Lonergan_
                            Jessica Lonergan
                            Assistant United States Attorney
                            (212) 637-1038

cc:     Counsel of Record (by ECF)